United States District Court
Southern District of Texas
**ENTERED**
February 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KELLY DEAN HELMADOLLAR,** | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-2561 |
| | § | |
| **JNJ EXPRESS, INC.,** *et al*, | § § | |
| | § | |
| Defendants. | § | |

# ORDER

Pending before the Court is Plaintiff Kelly Helmadollar's unopposed Motion for Non-Suit With Prejudice. (Doc. No. 17.) Having read motion and the other papers on file the Court finds that the motion should be **GRANTED**. Plaintiff's claims for relief against Defendants JNJ Express, Inc. and Debra Salazar are hereby **DISMISSED WITH PREJUDICE** and all costs are taxed against party incurring same. The Clerk is ordered to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on the 6th of February, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE